AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>MICHAEL JEROME WHITE, )<br>    Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:08-CV-348-F |

**Decision by Court.**

  IT IS ORDERED AND ADJUDGED that the Government's Motion for Summary Judgment is ALLOWED. The Government's Motion for Sanctions is DENIED as moot, and Defendant's Motion for Leave to file an Amended Answer is DENIED as futile.

  ACCORDINGLY, it hereby is ORDERED that the Government have and recover from Defendant Michael Jerome White in the amount of $12,412.75, plus interest thereon at 8% per annum from May 22, 2008 until the date of judgment, and interest on the total sum thereafter after the legal rate per annum until paid.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 18, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

S. Katherine Burnette  
310 New Bern Avenue, Suite 800  
Raleigh, NC 27601

Michael J. White  
913 Reflection Court  
Raleigh, NC 27610-2190

November 18, 2009  
Date

DENNIS P. IAVARONE  
Clerk of Court

                /s/ Susan K. Edwards  
*Wilmington, North Carolina*        *(By) Deputy Clerk*